FILED
NOV 27 2007
11-27-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

07CV6655
JUDGE KENDALL
MAG. JUDGE COLE

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Lamas Alexander
(Please print)

STREET ADDRESS: 463 Mallview Lane

CITY/STATE/ZIP: Bolingbrook, Illinois 60440

PHONE NUMBER: (630) 664-5716

CASE NUMBER: _____

alexanderlamas@hotmail.com

Signature: [signed] Lamas Alexander        Date: 11/20/07