**FILED**

J.N NOV 2 7 2007
11-27-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Lamas Alexander
_____
Plaintiff

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

v.

Advocate Healthcare
_____
Defendant(s)

CASE N[ 07CV6655
JUDGE KENDALL
MAG. JUDGE COLE

JUDGE_____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Lamas Alexander__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: __Est, 1,000.00__
   Name and address of employer: __Walgreens Pharmacy Rt. 53 & Lily Cache Lane Bolingbrook__

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☒Yes ☐No
      Spouse's monthly salary or wages: __Est $2000.00   $2400.00__
      Name and address of employer: __Hillside School District, Hillside IL__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount __Est. $300 - $400__ Received by __Mr & Mrs Alexander__   ☒Yes ☐No

   b. ☐ Business, ☒profession or ☐ other self-employment   ☐Yes ☒No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____

c. ☐ Rent payments. ☐ interest or ☐ dividends        ☐Yes        ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount $4758.00 Received by LAMAS ALEXANDER        ☐Yes        ☒No

e. ☐ Gifts or ☐ inheritances        ☐Yes        ☒No
Amount_____ Received by_____

f. ☒ Any other sources (state source: 401K INVESTMENT        ☒Yes        ☐No
Amount 389.00 EST. Received by MR & MRS ALEXANDER

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?        ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒Yes   ☐No
Address of property: 403 Mallview Lane Bolingbrook, IL 60440
Type of property: Townhouse   Current value: EST. 140K - 139K
In whose name held: Jennifer Alexander Relationship to you: Wife
Amount of monthly mortgage or loan payments: $1290.00 + $100.00 ASSC FEE
Name of person making payments: Jennifer Alexander

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?        ☒Yes   ☐No
Property: 2004 Chevy Cavalier cost $10,800
Current value: $6,500 EST. VALUE AND $7000 STILL OWED
In whose name held: Jennifer Alexander Relationship to you: Wife

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
Iris Alexander, Nicholas Alexander, Brianna Alexander, Iesha Alexander, 3 daughters, 1 son
School, daycare, after school, Health & dental care, Life Insurance etc. 100% of support.

Financial Affidavit Continued,

Questions:

2&3) I currently work for Walgreens Pharmacy located at Rt. 53 and Lily Cache Lane in Bolingbrook as a Pharmacy Tech part-time, with a average estimated salary of $450-$500 biweekly. I also work two mornings a week for the Bolingbrook Park District in the before school program and I bring home an estimated average of $200.00 a month. My wife Jennifer Alexander is a Special Education Teacher for the Menta Group, in Hillside Illinois. My wife makes an estimated $2000.00-$2400.00 dollars a month, and she works at Edward Hospital in Naperville as a part time on call Lab Tech and makes between $140.00- $350.00 dollars a month on that job when she works.

Pt. D) I applied for and did receive eventually, my unemployment at a rate of $173.00 a week, plus $10.00 for 1 child. For a estimated total of $4,758.00, from July 2006 thru December 2006.

Pt. F) My wife and I received an estimated $209.00 in 401K payments that we did not want to rollover.

6) My wife and I reside at 463 Mallview Lane, Bolingbrook, Illinois 60440. This Townhome is in Mrs. Jennifer Alexander name. The current estimated value is between $140,000 and $159,000 dollars, with an estimated balance of $138,700. The monthly mortgage payment and association fee total $1320.00.

7) My wife has a 2004 Chevy Cavalier that was purchased for an estimated $10,800.00 and currently valued at $6000.00, with a estimated balance of $7900.00 owed on it.

8) We have been married 9 years and have 3 children together and 1 child from a previous relationship. Three Girls and one boy of which we pay 100% of their expenses to include; before and after school, daycare for our 4yr old. Tuition, books, lunch clothing, shoes, coats, scarfs, gloves, boots, life insurance ect.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11/20/07

_James Alexander_
Signature of Applicant

_LAMAS ALEXANDER_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____    _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

                            _____
                            (Print name)