# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6655 | **DATE** | 12/17/2007 |
| **CASE TITLE** | Alexander vs. Advocate Health Care | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* [4] is denied because he has established that he has a family income of over $40,000, and he is therefore capable of paying the filing fee. Plaintiff has 30 days from the date of this order to pay the $350.00 filing fee or this cause will be dismissed for failure to pay the filing fee as required.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|

Case 1:07-cv-06655   Document 6   Filed 12/14/2007   Page 1 of 1

07C6655 Alexander vs. Advocate Health Care                                    Page 1 of 1