# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6655 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Alexander vs. Advocate Health Care | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for appointment of counsel [5] is denied without prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|