UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lamas Alexander
                Plaintiff,
v.
                                  Case No.: 1:07−cv−06655
                                  Honorable Virginia M. Kendall
Advocate Health Care
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held. Case has settled. Case dismissed with 30 days' leave to reinstate. If no party moves to reinstate this action by 6/23/2008 the case will be dismissed with prejudice. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.